**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6233**

---

ROBERT S. REYNOLDS,

Petitioner - Appellant,

versus

PHILIP V. DORSEY,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge. (CA-97-633)

---

Submitted: January 21, 1999          Decided: February 5, 1999

---

Before LUTTIG, MOTZ, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Robert S. Reynolds, Appellant Pro Se. Michael Thomas Judge, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert S. Reynolds seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998).[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. See Reynolds v. Dorsey, No. CA-97-633 (E.D. Va. Jan. 14, 1998). We deny Reynolds' motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Both parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c) (1994).

2